IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

AARON J. HEIDELBERG, #140165,    :
                                 :
    Plaintiff,                   :
                                 :
vs.                              : CIVIL ACTION NO. 12-00300-WS-B
                                 :
ROBERT BENTLEY, *et al.*,        :
                                 :
    Defendants.                  :

### JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 7th day of June, 2012.

                                      s/WILLIAM H. STEELE
                                    **CHIEF UNITED STATES DISTRICT JUDGE**